NO. 07-10-0286-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 AUGUST 3, 2010
 ______________________________

 ERIK VALSON WOLFE,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY;

 NO. 0968532D; HON. MICHAEL THOMAS, PRESIDING
 _______________________________

 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
Appellant Erik Valson Wolfe, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish. Per Curiam